463 A.2d 41

Commonwealth v. Kent, Appellant.

Submitted April 21, 1983.  Armando G. Salazar, for appellant;  James Martin Connell, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.